# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI HAMAD (A# 209 043 897), | |
| Plaintiff, | Case No. 1:19-cv-2505 |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al. | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Since the filing of this lawsuit, Defendants have finally adjudicated the long-pending asylum application of the Plaintiff Ali Hamad. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Ali Hamad hereby voluntarily dismisses the instant action with prejudice.

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC
10900 Manchester Rd., Suite 203
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackinglawpractice.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2019, the foregoing Notice of Voluntary Dismissal was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ *James. O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Law Practice, LLC